

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00430-CR

Angela **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1539-CR-B
Honorable Gary L. Steel, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 21, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

Michael A. Cruz, Clerk of Court